IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     JUANITA H. WEARY               CASE NO.: 04-55142 ERG
           DEBTOR                                          CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    Juanita H. Weary (pro-rata portion of tax refund)

AMOUNT:   $116.27

REASON:   Whereabouts of Debtor is unknown. Correspondence addressed to the Debtor was returned to the Trustee as attempted not known and unable to forward. Other attempts to locate the Debtor have also failed.

PAYEE:    Juanita H. Weary (3rd party funds to debtor)

AMOUNT:   $706.48

REASON:   Whereabouts of Debtor is unknown. Correspondence addressed to the Debtor was returned to the Trustee as attempted not known and unable to forward. Other attempts to locate the Debtor have also failed.

Respectfully Submitted on this 28th day of February, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Casey Varnado, Debtor's Attorney: kcvarnado_varnadolaw@yahoo.com

I further certify that I have mailed a true and correct copy of said document to:

Juanita H. Weary
117 Royal Street
Waveland, MS 39576

This the 28th day of February, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
3001

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 2/28/2008 | ********822.75 |

ZNJM3906

**1992693**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 04-55142 | Debtor: WEARY, JUANITA H. |

*Eight Hundred Twenty Two Dollars And 75/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊⑊"003001"⑊  ⑊:111000012:⑊  4429466412"⑊

| Date: 2/28/2008 | Check Number: 3001 | Amount: $822.75 |
|---|---|---|

Case Number 04-55142
Debtor Name: WEARY, JUANITA H.

| Paid To: UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4429466412

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501



$0.41 0
US POSTAGE
FIRST-CLASS
062S0005035393
39501

WEARY, JUANITA H.
117 ROYAL ST
WAVELAND MS 39576-6003

```
392 2/09/2008
RETURN TO SENDER BY PARS
UNABLE TO FORWARD OR DELIVER
```